**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Application of IKB DEUTSCHE INDUSTRIEBANK AG for an Order to Conduct Discovery for Use in a Foreign Legal Proceeding Pursuant to 28 U.S.C. § 1782 | ) ) ) ) ) ) | No. 09-7852<br><br>Honorable John W. Darrah |

**MAGNETAR CAPITAL LLC'S MOTION TO VACATE THE GRANT OF IKB
DEUTSCHE INDUSTRIEBANK AG'S EX PARTE 28 U.S.C. § 1782 APPLICATION
AND TO QUASH IKB'S SUBPOENA**

Pursuant to 28 U.S.C. § 1782 and Federal Rule of Civil Procedure 45(c)(3), Magnetar Capital LLC ("Magnetar"), through its undersigned attorneys, respectfully moves to (1) vacate the order granting IKB Deutsche Industriebank AG's ("IKB") ex parte § 1782 application, (2) quash IKB's subpoena, and (3) impose an appropriate sanction on IKB  The grounds supporting this Motion are set forth in the accompanying Memorandum of Law, for which Magnetar simultaneously sought leave to file in excess of fifteen pages.

WHEREFORE, Magnetar respectfully requests that the Court (1) vacate the order granting IKB's ex parte § 1782 application, (2) quash IKB's resulting subpoena, and (3) impose an appropriate sanction on IKB, including Magnetar's reasonable costs and expenses in responding to the subpoena, including the preparation of this Motion.

Respectfully submitted,

Dated:  January 15, 2010   By:   /s/ Ronald S. Betman
Robert Y. Sperling (rsperling@winston.com)
Ronald S. Betman (rbetman@winston.com)
Thomas L. Kirsch II (tkirsch@winston.com)
Rebecca S. Bradley (rbradley@winston.com)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (telephone)

(312) 558-5700 (facsimile)

*Attorneys for Magnetar Capital LLC*

## Certificate of Service

    I, Thomas L. Kirsch II, an attorney, hereby certify that on January 15, 2010, a true and correct copy of Magnetar Capital LLC's Motion to Vacate the Grant of IKB Deutsche Industriebank AG's Ex Parte 28 U.S.C. § 1782 Application and to Quash IKB's Subpoena was served on all counsel of record via the court's ECF system.

                                                    /s/     *Thomas L. Kirsch II*