**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Application of IKB DEUTSCHE | ) | |
| INDUSTRIEBANK AG for an Order to | ) | |
| Conduct Discovery for Use in a Foreign | ) | No. 09-7852 |
| Legal Proceeding Pursuant to 28 U.S.C. | ) | |
| § 1782 | ) | Honorable John W. Darrah |

**MOTION FOR LEAVE TO FILE A BRIEF
IN EXCESS OF FIFTEEN PAGES INSTANTER**

Magnetar Capital LLC ("Magnetar"), through its undersigned attorneys and pursuant to Local Rule 7.1, hereby moves for leave of this Court to file a brief in excess of fifteen pages instanter in support of Magnetar's Motion to Vacate the Grant of IKB Deutsche Industriebank AG's ("IKB") ex parte 28 U.S.C. § 1782 Application and to Quash IKB's Subpoena.  In support of this motion, Magnetar states as follows:

1.      On December 23, 2009, Magnetar was served with a third-party subpoena demanding document production and Federal Rule of Civil Procedure 30(b)(6) depositions for use in a foreign proceeding.

2.      Magnetar is not a party to the foreign proceeding and has absolutely nothing to do with the events that led to the foreign proceeding.

3.      The subpoena for third-party discovery demands that Magnetar:

    a.  on January 15, 2010, produce eighteen broad categories of documents related to complex financial transactions, and

    b.  on February 15, 2010, produce one or more Rule 30(b)(6) deponents to give testimony on twenty-two equally, if not expansive broad topics.

4.      Compliance with IKB's subpoena would cost Magnetar a minimum of several hundreds of thousands of dollars.

5.      Magnetar requested in a letter dated January 6, 2010 that IKB withdraw its unduly burdensome and untimely subpoena.

6.      IKB responded by letter on January 8, 2010 that it refused to do so.

7.      Accordingly, Magnetar is forced to file a Motion to Vacate the Grant of IKB's ex parte § 1782 application and to Quash IKB's Subpoena.

8.      A brief in excess of fifteen pages, but no more than twenty-one pages, is necessary for Magnetar to address both IKB's ex parte § 1782 application and the extremely broad scope of the subpoena's demands.

9.      A copy of Magnetar's brief, including the table of contents and table of cases as required under Local Rule 7.1, as well as Exhibits A – E, are attached hereto.

WHEREFORE, Magnetar respectfully requests that this Court enter an order allowing Magnetar to file a brief in excess of fifteen pages instanter.

                              Respectfully submitted,


Dated:  January 15, 2010            By:     /s/ Ronald S. Betman
                              Robert Y. Sperling (rsperling@winston.com)
                              Ronald S. Betman (rbetman@winston.com)
                              Thomas L. Kirsch II (tkirsch@winston.com)
                              Rebecca S. Bradley (rbradley@winston.com)
                              WINSTON & STRAWN LLP
                              35 W. Wacker Drive
                              Chicago, Illinois 60601
                              (312) 558-5600 (telephone)
                              (312) 558-5700 (facsimile)

                              *Attorneys for Magnetar Capital LLC*

## Certificate of Service

I, Thomas L. Kirsch II, an attorney, hereby certify that on January 15, 2010, a true and correct copy of Magnetar Capital LLC's Motion for Leave to File a Brief in Excess of Fifteen Pages Instanter and the notice with respect thereto were served on all counsel of record via the court's ECF system.

/s/      *Thomas L. Kirsch II*